

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00296-CV

STEVEN JEFFREY JOHNSON                    APPELLANT

V.

MICHELE JEAN JOHNSON                       APPELLEE

------------

FROM THE 342ND DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND ORDER

------------

On October 10, 2011, upon notification that appellee Michele Jean Brandt (formerly Johnson) had filed a petition for bankruptcy on June 17, 2011, we stayed the issuance of mandate in this case and withdrew our opinion and judgment of August 4, 2011, which was rendered void by the bankruptcy filing. *See* Tex. R. App. P. 8.2.

On March 10, 2015, appellant Steven Jeffrey Johnson filed a motion to reinstate and dismiss his appeal after appellee received a discharge in

---

[1]*See* Tex. R. App. P. 47.4.

bankruptcy on February 26, 2015.[2]  The granting of the discharge ended the automatic stay.  *See* 11 U.S.C.A. § 362(a)(1), (c)(2)(C) (West 2004 & Supp. 2014).

Therefore, we order the appeal reinstated, and pursuant to appellant's motion, we dismiss the appeal.  *See* Tex. R. App. P. 8.3(a), 42.1(a).  Appellant shall bear all costs of the appeal.  See Tex. R. App. P. 42.1(d).

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL:  LIVINGSTON, C.J.; GABRIEL and SUDDERTH, JJ.

DELIVERED:  March 26, 2015

---

[2]In his motion, appellant also requests that we withdraw our August 4, 2011 opinion, but as noted above, this was previously accomplished in our October 10, 2011 order staying the case.